510 F.2d 962
 UNITED STATES of America, Plaintiff-Appellee,
v.
George HARRIS, Defendant-Appellant.
 No. 74--3303.
 United States Court of Appeals,
Fifth Circuit.
 March 31, 1975.
 
 Robert K. Upchurch, Tupelo, Miss. (Court-appointed), for defendant-appellant.
 H. M. Ray, U.S. Atty., Alfred E. Moreton, III, Asst. U.S. Atty., Oxford, Miss., for plaintiff-appellee.
 Before GEWIN, AINSWORTH and MORGAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 In all essential respects, this case is similar to United States v. Odland, 7 Cir., 1974, 502 F.2d 148. We approve the principles delineated in that case and affirm the conviction.
 
 
 2
 Affirmed.